# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JESSIE ELKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 3:22-CV-090-KAC-DCP ) |
| CORPORAL CORBIN and BRANDON ROBINSON | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed herewith, the Court **DISMISSED** Plaintiff's complaint. Because the Court **CERTIFIED** in the Memorandum Opinion and Order that any appeal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

                                                          s/ Katherine A. Crytzer
                                                          KATHERINE A. CRYTZER
                                                          United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
    CLERK OF COURT